# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MORGAN MCCANN THIBODEAUX

VERSUS

LUKE JOSEPH THIBODEAUX

NO.   2022 CW 0079

**FEBRUARY 9, 2022**

---

In Re:   Luke Joseph Thibodeaux, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 220822.

---

BEFORE:   **McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED IN PART AND GRANTED IN PART WITH ORDER.** This matter is remanded to the family court with instructions to issue a scheduling order setting a date by which the psychological evaluations it ordered should be completed and a date for the resumption of trial.   In all other respects, the writ application is denied.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT